### THOMAS J. CHANDLER *vs.* WILLIAM BARKER.

Cause continued because the plaintiff was imprisoned in *solitary* confinement, and his counsel not permitted to see him.

MOTION for a continuance. The plaintiff had been convicted of blasphemy and sentenced; at the present term, to twenty days *solitary* confinement, which were not yet out. When this cause was called for trial, *Macbeth,* of counsel for plaintiff, asked to be permitted to see his client, which the court refused; and he then moved for a continuance on this ground, which the court granted, though a trial was pressed by the defendant.

*Macbeth,* for plaintiff.
*Booth* and *Wales,* for defendant.